Case 5:26-cv-00461-SB-ACCV    Document 13    Filed 05/06/26    Page 1 of 1   Page ID
#:81

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JITENDER SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN OF ADELANTO ICE<br>PROCESSING CENTER,<br><br>    Defendant. | Case No. 5:26-cv-00461-SB-ACCV<br><br>FINAL JUDGMENT |

For the reasons stated in the order granting in parte Petitioner Jitender Singh's ex parte application for a temporary restraining order (Dkt. No. 10) and the separate order of dismissal entered this date, it is ordered that Petitioner's habeas corpus petition is dismissed as moot.

This is a final judgment.

Date: May 6, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1